1  KAREN P. HEWITT
   United States Attorney
2  STEWART M. YOUNG
   Assistant U.S. Attorney
3  California State Bar No. 234889
   Federal Office Building
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-6228/ Fax: (619)235-2757

6  Attorneys for Plaintiff
   United States of America

7

8                    UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,          )      Mag. Case No. 08-MJ-1161
                                       )
11              Plaintiff,             )      ORDER (a)
        v.                             )      MOTION TO UNSEAL SPECIFIED
12                                     )      DOCUMENTS FOR DISCOVERY
    THOMAS V. SWIFT (D1),              )      PURPOSES
13  KEVIN D. KENNEDY (D2),             )
    ROBERT ROCCO (D3),                 )
14  STEVEN ZUFALL (D4),                )
    RUDY TIJERINA (D5),                )
15  JESSE SANDOVAL (D6),               )
    KYLE KIMBREL (D7),                 )
16  JORGE MORALES (D8),                )
    JOSE RODRIGUEZ-PARRA (D9),         )
17  RANDY KENNEDY (D10),               )
    GLENN SWIFT (D11),                 )
18  GREGORY SWIFT (D12),               )
    BRANDON GONZALEZ (D13),            )
19                                     )
                Defendants.            )
20  _____)

21       The Court orders that in the above-captioned case, the applications, affidavits and search

22  warrants attached thereto, as well as the Government's motion and this order, be unsealed for the

23  purpose of providing discovery to the defendants.

24

25  SO ORDERED.

26  DATED: 4/29/08

                                    THE HONORABLE BARBARA L. MAJOR
27                                  UNITED STATES MAGISTRATE JUDGE

28

FILED

MAY - 1 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY