FILED

MAY 1 ? 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                )      Criminal Case No. 08 CR 1540 JM
                                         )
                Plaintiff,               )
                                         )      I N F O R M A T I O N
                                         )
        v.                               )      Title 21, U.S.C., Secs. 846 and
                                         )      841(a)(1) - Conspiracy to
                                         )      Manufacture Marijuana
THOMAS SWIFT (D1),                       )
KEVIN KENNEDY (D2),                      )
ROBERT ROCCO (D3),                       )
STEVEN ZUFALL (D4),                      )
RUDY TIJERINA (D5),                      )
LEWIS JIMENEZ (D6),                      )
        aka Jesse Sandoval               )
KYLE KIMBREL (D7),                       )
JORGE MORALES (D8),                      )
JOSE RODRIGUEZ-PARRA (D9),               )
RANDY KENNEDY (D10),                     )
GLENN SWIFT (D11),                       )
GREGORY SWIFT (D12),                     )
BRANDON GONZALEZ (D13),                  )
                                         )
                Defendants.              )
_____)

The United States Attorney charges:

Beginning at a date unknown and continuing up to and including

April 14, 2008, within the Southern District of California,

defendants THOMAS V. SWIFT, KEVIN D. KENNEDY, ROBERT ROCCO, STEVEN

ZUFALL, RUDY TIJERINA, JESSE SANDOVAL, KYLE KIMBREL, JORGE MORALES,

JOSE RODRIGUEZ, RANDY KENNEDY, GLENN SWIFT, GREGORY SWIFT, and

BRANDON GONZALEZ did conspire to manufacture a controlled

substance, to wit, 1000 and more marijuana plants, a Schedule I

1  Controlled Substance, in violation of Title 21, United States Code,

2  Sections 846 and 841(a)(1).

3        DATED:  _MAy 13, 2008_  .

4                                        KAREN P. HEWITT
                                         United States Attorney
5

6                                        STEWART M. YOUNG
                                         Assistant U.S. Attorney
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28