AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
|---|---|
| v. | |
| KYLE KIMBREL | CASE NUMBER: 08-MJ-1161<br>08cr1540-JM |

I, KYLE KIMBREL, the above named defendant, who is accused of Title 21, U.S.C., Secs. 846 and 841(a)(1) - Conspiracy to Manufacture Marijuana; being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on <u>May 13, 2008</u> prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER

wvr Swift-Kennedy MJ Grow.wpd