Martin G. Molina, Calif. Bar No. 176934
LAW OFFICE OF MARTIN G. MOLINA
185 West "F" Street, Suite 100
San Diego, CA 92101
Telephone:  (619) 232-0620

CJA Court-Appointed Attorney for Defendant
KYLE KIMBREL

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### (Hon. Jeffrey T. Miller)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO.  08 CR 1540 JM |
|            Plaintiff, | ) STIPULATED REQUEST TO EXPAND |
| vs. | ) TRAVEL CONDITIONS OF |
| | ) PRETRIAL RELEASE ALLOWING |
| KYLE KIMBREL, | ) DEFENDANT TO TRAVEL TO |
| | ) PRESCOTT, ARIZONA WITH HIS |
|            Defendant. | ) MOTHER FROM JUNE 27, 2008  TO |
| | ) JUNE 29, 2008 |

The defendant Kyle Kimbrel ("Defendant"), by and through his attorney of record, Martin G. Molina, and the United States of America, by and through its attorney of record, Assistant United States Attorney Stewart M. Young, hereby request this Court to expand the conditions of pretrial release in order to allow Defendant to travel to Prescott, Arizona with his mother, Lynda Anne Torres (a surety) on June 27, returning to the Southern District of California on June 29, 2008. The purpose of the trip is to attend his grandparents' anniversary celebration.  Pretrial Services Officer Ryan Alejandria agrees with the request provided Defendant submits to a drug test immediately before and after the trip and that Defendant contact his Pretrial Services Officer immediately before his departure and after his arrival.

The defendant and sureties agree that Defendant's failure to abide by the terms of this modification will constitute a basis for revoking Defendant's pretrial release and for forfeiting the bond.

///

Date: June 13, 2008


By: /s/ *Martin G. Molina*
Martin G. Molina
Attorney for Defendant Kile Kymbrel

Date: June 13, 2008


s/ Stewart M. Young-Electronic signature, per authorization from Mr. Young
STEWART M. YOUNG

Assistant United States Attorney


Date:


**[SEE ATTACHMENT]**

_____
LYNDA ANNE TORRES
SURETY


Date:


**[SEE ATTACHMENT]**

_____
LOUIS TORRES III
SURETY


Date:


**[SEE ATTACHMENT]**

_____
THOMAS E. KIMBREL
SURETY

*///*

Date:

**[SEE ATTACHMENT]**

_____

KILE KIMBREL
DEFENDANT