Martin G. Molina, Calif. Bar No. 176934
LAW OFFICE OF MARTIN G. MOLINA
185 West "F" Street, Suite 100
San Diego, CA 92101
Telephone: (619) 232-0620

CJA Court-Appointed Attorney for Defendant
KYLE KIMBREL

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(Hon. Jeffrey T. Miller)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 08 CR 1540 JM |
| Plaintiff, ) | STIPULATED REQUEST TO EXPAND |
| vs. ) | TRAVEL CONDITIONS OF |
| ) | PRETRIAL RELEASE ALLOWING |
| KYLE KIMBREL, ) | DEFENDANT TO TRAVEL TO |
| ) | PRESCOTT, ARIZONA WITH HIS |
| Defendant. ) | MOTHER FROM JUNE 27, 2008 TO |
| ) | JUNE 29, 2008 |

The defendant Kyle Kimbrel ("Defendant"), by and through his attorney of record, Martin G. Molina, and the United States of America, by and through its attorney of record, Assistant United States Attorney Stewart M. Young, hereby request this Court to expand the conditions of pretrial release in order to allow Defendant to travel to Prescott, Arizona with his mother, Lynda Anne Torres (a surety) on June 27, returning to the Southern District of California on June 29, 2008. The purpose of the trip is to attend his grandparents' anniversary celebration. Pretrial Services Officer Ryan Alejandria agrees with the request provided Defendant submits to a drug test immediately before and after the trip and that Defendant contact his Pretrial Services Officer immediately before his departure and after his arrival.

The defendant and sureties agree that Defendant's failure to abide by the terms of this modification will constitute a basis for revoking Defendant's pretrial release and for forfeiting the bond.

///

1

08 CR 1540 JM

```
 1 | Date: June 11, 2008
 2 |
 3 | By: /s/ Martin G. Molina
   | Martin G. Molina
 4 | Attorney for Defendant Kile Kymbrel
 5 | Date: June 11, 2008
 6 |
 7 | s/ Stewart M. Young-Electronic signature, per authorization from Mr. Young
 8 | STEWART M. YOUNG
 9 | Assistant United States Attorney
10 |
   | Date: 6/11/08
11 |
12 |
13 | [signature: Lynda Anne Torres]
14 | LYNDA ANNE TORRES
15 | SURETY
16 | Date: 6-11-08
17 |
18 |
19 | [signature]
20 | LOUIS TORRES III
   | SURETY
21 |
22 | Date: 6/11/08
23 |
24 |
25 | [signature]
26 | THOMAS E. KIMBREL
   | SURETY
27 |
28 | ///
```

2

08 CR 1540 JM

1 | Date: 6/11/08

3
4 | _____
   | KILE KIMBREL
5 | DEFENDANT