UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(Hon. Jeffrey T. Miller)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 08 CR 1540 JM |
| Plaintiff, ) | CERTIFICATE OF SERVICE |
| vs. ) | |
| KYLE KIMBREL, ) | |
| Defendant. ) | |

I hereby certify that on today's date, I electronically filed the attached document with the Clerk of the Court using the CM/ECF system, which will automatically send electronic notification of such filing and a copy of such filing to the following:

Michael Stephen Berg msberg@attglobal.net

Ricardo M Gonzalez ricardo@attorneygonzalez.com, mongonz@cox.net

Alex L Landon mccabeatty@aol.com, negall1018@aol.com

William K Mueller muellerwllm@yahoo.com, khilz007@yahoo.com

Michael Pancer mpancer@hotmail.com

Frank J Ragen, II fjragen@aol.com, lalanya@cox.net, lucia_ls18@hotmail.com

Jan E Ronis jan@ronisandronis.com, rebecca@ronisandronis.com

Nancy Bryn Rosenfeld nrosenfeld@aol.com

Eugene G Iredale egiredale@yahoo.com, grace.s.jun@gmail.com

Julie A Blair julieannblair@hotmail.com

Guadalupe Valencia gvalencialaw@yahoo.com, nrodoffice@yahoo.com

L Marcel Stewart lmslaw@att.net, lmarcelstewart@hotmail.com

08 CR 1540 JM

1 | Stewart Michael Young stewart.young@usdoj.gov, efile.dkt.gc1@usdoj.gov, lilian.ruiz@usdoj.gov
2 | Date: June 13, 2008
3 |
4 |
5 | By: /s/ *Martin G. Molina*
  | Martin G. Molina
6 |
7 |
8 |
9 |
10 |
11 |
12 |
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |