UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

(Hon. Jeffrey T. Miller)

FILED
JUN 19 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 08 CR 1540 JM |
| Plaintiff, ) | ORDER |
| vs. ) | |
| KYLE KIMBREL, ) | |
| Defendant. ) | |

GOOD CAUSE EXISTING, the Court modifies the conditions of pretrial release by expanding the travel conditions to allow Kyle Kimbrel to travel to Prescott, Arizona with his mother, Lynda Anne Torres, from June 27 to June 29, 2008. ∆ must submit to a drug test immediately before + after his trip. Contact his PSO and

IT IS SO ORDERED.

Date: 6/19/08

*Barbara L. Major* (signature)

HON. BARBARA L. MAJOR
UNITED STATES MAGISTRATE JUDGE

08 CR 1540 JM