FILED
JUL 15 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  MB           DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. <u>08-CR-1540</u> |
| Plaintiff, ) | <u>I N F O R M A T I O N</u> |
| ) | **(Superseding)** |
| v. ) | Title 21, U.S.C., Sec. 843(b)- |
| ) | Unlawful Use of a Communication |
| ) | Facility; |
| KYLE KIMBREL (D7), ) | |
| Defendant. ) | |

The United States Attorney charges:

On or about December 20, 2007, within the Southern District of California, defendant KYLE KIMBREL did knowingly and intentionally use a communication facility, namely, a telephone, to communicate with THOMAS SWIFT (charged elsewhere), in committing, causing and facilitating a controlled substance offense, in violation of Title 21, United States Code, Section 841(a)(1), that is, the manufacture of marijuana plants, to wit: approximately 2,266 marijuana plants, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 843(b).

DATED: July 15, 2008

KAREN P. HEWITT
United States Attorney

STEWART M. YOUNG
Assistant U.S. Attorney