AO 455 (Rev. 12/03) Waiver of Indictment

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.

**WAIVER OF INDICTMENT**

KYLE KIMBREL

CASE NUMBER: 08 CR 1540 JM

I, _____KYLE KIMBREL_____, the above named defendant, who is accused of

Unlawful Use of a Communication Facility, a Violation of 21 U.S.C. 843(b)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on ___July 15, 2008___ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

*Defendant*

*Counsel for Defendant*

Before _____
         Judge

K:\COMMON\CSA\forms\2005\Waiver_indi.wpd



FILED
JUL 15 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY          DEPUTY