FILED
2008 AUG 12 PM 2: 19
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CASE NO. 08CR01540-007-JM |
| ) | |
| v. ) | O R D E R |
| ) | |
| KYLE JOSEPH KIMBREL, ) | |
| ) | |
| Defendant. ) | |

Pursuant to a written request from the United States Probation Office, the sentencing date presently set for September 29, 2008 is vacated and reset to November 10, 2008 at 9:00 a.m..

If the defendant is on bond, defense counsel is to file an acknowledgment of the next court date by the defendant within a week of receipt of this order.

DATED: 8/12/08

Jeffrey T. Miller
U.S. District Judge

cc: all counsel of record

/sak