UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(Hon. Jeffrey T. Miller)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 08 CR 1540 JM |
| Plaintiff, | ) ) | **ORDER** |
| vs. | ) ) | |
| KYLE KIMBREL, | ) ) | |
| Defendant. | ) ) | |

**GOOD CAUSE ESTABLISHED, IT IS HEREBY ORDERED** that extraordinary fees not to exceed $500.00, representing an additional nine (9) hours of investigative work, be approved at this time for Private Investigator, Alan Stevens, with regard to the investigation and defense of the above-entitled matter, thus approving total investigator fees not to exceed $1,000.00.

**IT IS SO ORDERED.**

DATED: January 6, 2009

_____
HONORABLE JEFFREY T. MILLER
UNITED STATES DISTRICT JUDGE

08 CR 1540 JM