UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(Hon. Jeffrey T. Miller)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 08 CR 1540 JM |
| Plaintiff, | ) ) | ORDER EXONERATING BOND |
| vs. | ) ) | |
| KYLE KIMBREL, | ) | |
| Defendant. | ) | |

GOOD CAUSE ESTABLISHED, THE COURT ORDERS that the criminal bond in the above captioned matter be exonerated and that the following real properties be released and reconvened to the indicated surety(ies):

1) <u>Property</u>: 4875 Baroque Terrace, Oceanside, California 92057

<u>Sureties</u>: Louis Torres III and Lynda Anne Torres

<u>Mailing Address</u>: 4875 Baroque Terrace, Oceanside, California 92057

2) <u>Property</u>: 3967 Cadena Drive, Oceanside, California 92058

<u>Surety</u>: Thomas E. Kimbrel

<u>Mailing Address</u>: 3967 Cadena Drive, Oceanside, California 92058

**IT IS SO ORDERED.**

DATED: February 10, 2009

_____
HONORABLE JEFFREY T. MILLER
UNITED STATES DISTRICT JUDGE

08 CR 1540 JM